UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:25-CV-00457-FDW-DCK

VANCE PEDELA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KRISPY KREME DOUGHNUT CORPORATION,

Defendant.

NOTICE OF FILING OF MOTION FOR CONSOLIDATION OF CASES

Plaintiff notifies the court that a motion for consolidation has been filed in *Fortesa Bobo v. Krispy Kreme Doughnut Corporation* (Western District of North Carolina, Case No. 3:25-CV-00434).

Dated: June 30, 2025

Respectfully submitted,

/s/ David M. Wilkerson
David M. Wilkerson
WILKERSON JUSTUS PLLC
P.O. Box 54
Asheville, NC 28802
Tel: (828) 316-6902
dwilkerson@wilkersonjustus.com

1